UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JAN M. ADLER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>DANIEL WILLIAM RUIZ,<br><br>Defendants. | CASE NO. 08CR1391JLS<br>MAGISTRATE NO. 08MJ1139<br>EX PARTE APPLICATION<br>FOR AN<br>EXONERATE BOND FOR<br>MATERIAL WITNESS<br><br>JESUS CAMACHO-MARTINEZ |

EX PARTE APPLICATION

I, JONATHAN DAVID FRANK, attorney for Material Witness, JESUS CAMACHO-MARTINEZ, submit this ex parte Application and Order to Exonerate the Appearance Bond securing the attendance of the material witness JESUS CAMACHO-MARTINEZ in this case.

I posted bond for my client, JESUS CAMACHO-MARTINEZ, on April 25, 2008 and he was released from custody shortly thereafter.

On May 1, 2008, I was present in Court when this case was resolved by way of fast track plea bargain. Pursuant to the stipulation and joint motion of the parties, Magistrate Judge Adler ordered the material witnesses released from this case.

/////

I am informed and believe that my client, JESUS CAMACHO-MARTINEZ, has surrendered to Customs and Border Protection and was voluntarily returned to Mexico based upon the following. On June 3, 2008, I received a facsimile from CBP officer Richard Otero confirming my clients surrender to CBP and voluntary return to Mexico. A true and correct copy of the facsimile is filed concurrently herewith.

On behalf of the material witness JESUS CAMACHO-MARTINEZ and the surety who signed the Appearance Bonds for him / her, I am respectfully requesting that the Court order the exoneration of the Material Witness Bonds for JESUS CAMACHO-MARTINEZ.

I declare, under penalty of perjury, under the laws of the United States of America, that I have read the foregoing declaration and know its contents. The same are true and correct of my own personal knowledge.

Dated: June 13, 2008

/S/ JONATHAN DAVID FRANK
JONATHAN DAVID FRANK
Attorney for Material Witnesses