**U.S. Department of Homeland Security**
Bureau of Customs and Border Protection
U.S. Border Patrol
Material Witness Coordinator
San Diego Sector

*2411 Boswell Road.*
*Chula Vista, CA 91914*

May 23, 2008

MEMORANDUM FOR: JONATHAN D. FRANK

FROM: RICHARD OTERO
Material Witness Coordinator
San Diego Sector Prosecutions

SUBJECT: **Jesus CAMACHO-MARTINEZ A# 088 923 638**

The above Material Witness has **self-remanded** back to the custody of the United States Border Patrol. He has been voluntarily returned to his country of origin (Mexico). The Voluntary Return was executed on **Friday, May 23, 2008**. If you have any questions, please feel free to contact me.

U.S. Border Patrol
Attn: Material Witness Coordinator
SDC Prosecutions
2411 Boswell Road
Chula Vista, CA 91914
(619) 498-9838

CC: Moises Santos (Pre-Trial Services)

**U.S.A. Vs. Daniel William Ruiz**
**08 MJ 1139**