California State Bar Number 89384
The Law Office of JONATHAN DAVID FRANK
160 Thorn Street Ste. 2
San Diego, CA 92103
Telephone: (858) 722-2100

Attorney for Material Witnesses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. JAN M. ADLER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WILLIAM RUIZ,<br><br>Defendants. | Criminal No. 08cr1391JLS<br>Magistrate No. 08MJ1139<br>**PROOF OF SERVICE** |

I, the undersigned, say:

1) That I am over eighteen years of age, a resident of the County of San Diego, State of California, and not a party in the within action;

2) That my business address is: 160 Thorn Street, San Diego, CA 92101.

3) That I served the BOND EXONERATION MOTION AND ACCOMPANYING PAPERS on all counsel involved in this matter, by causing them to be delivered a copy via the Court's email notification system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2008 at San Diego, California.

S/JONATHAN DAVID FRANK
JONATHAN DAVID FRANK