UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JAN M. ADLER

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | MAGISTRATE NO. 08MJ1139 |
| -vs- | ORDER TO EXONERATE BOND FOR MATERIAL WITNESS |
| DANIEL WILLIAM RUIZ, Defendants. | JESUS CAMACHO-MARTINEZ |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bond deposited on behalf of the Material Witness, JESUS CAMACHO-MARTINEZ, is exonerated and all monies deposited for his / her bond is to be returned to the surety listed in the financial office of the Clerk to wit:

JOSE A. CAMACHO
322 N. Vanderhurst Apt 2
King City, CA 93930

SO ORDERED:

DATED: 6/16/08

HONORABLE JAN M. ADLER
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT